UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARILYN CLARK, Derivatively On Behalf of E*TRADE FINANCIAL CORPORATION, | Case No. |
| Plaintiff, | RULE 7.1 STATEMENT |
| vs. | |
| MITCHELL H. CAPLAN, R. JARRETT LILIEN, ROBERT J. SIMMONS, GEORGE A. HAYTER, DARYL BREWSTER, RONALD D. FISHER, MICHAEL K. PARKS, C. CATHLEEN RAFFAELI, LEWIS E. RANDALL, DONNA L. WEAVER and STEPHEN H. WILLARD, | |
| Defendants, | |
| -and- | |
| E*TRADE FINANCIAL CORPORATION, a Delaware corporation, | |
| Nominal Defendant. | |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Marilyn Clark, Derivatively On Behalf of E*Trade Financial Corporation (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

No corporate parent
No publicly held affiliates or subsidiaries

Date: October 4, 2007

Signature of Attorney Thomas G. Amon

Attorney Bar Code: TGA 1515