UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| MARILYN CLARK, Derivatively On Behalf of E*TRADE FINANCIAL CORPORATION,<br><br>           Plaintiff,<br><br>  vs.<br><br>MITCHELL H. CAPLAN, R. JARRETT LILIEN, ROBERT J. SIMMONS, GEORGE A. HAYTER, DARYL BREWSTER, RONALD D. FISHER, MICHAEL K. PARKS, C. CATHLEEN RAFFAELI, LEWIS E. RANDALL, DONNA L. WEAVER and STEPHEN H. WILLARD<br><br>           Defendants,<br>         - and –<br>E*TRADE FINANCIAL CORPORATION, a Delaware Corporation,<br><br>           Nominal Defendant. | No. 07 Civ. 8619 (LBS) ECF Case<br><br><br><br>ELECTRONICALLY FILED |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## CORPORATE DISCLOSURE STATEMENT
## PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1

      Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned attorney of record for Nominal Defendant E*TRADE Financial Corporation ("E*Trade") certifies that there exist no parent companies, subsidiaries, or affiliates of E*Trade that have outstanding securities in the hands of the public except for a single affiliate company, IL&FS Investsmart Limited (India).

Dated:  New York, New York
        November 13, 2007

                                    DAVIS POLK & WARDWELL

                                    By: *[signature]*
                                    Dennis E. Glazer
                                    Nancy B. Ludmerer
                                    Edward N. Moss

                                    450 Lexington Avenue
                                    New York, New York  10017
                                    (212) 450-4278
                                    Counsel for *Nominal Defendant*
                                    *E*TRADE Financial Corporation*