AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

__Southern__ DISTRICT OF __New York__

Marilyn Clark et al.

v.

E*Trade Financial Corporation et al.

**APPEARANCE**

Case Number: 07-Civ.-08619 (RWS)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

| | | |
|---|---|---|
| Mitchell H. Caplan | Ronald D. Fisher | Donna L. Weaver |
| R. Jarrett Lilien | Michael K. Parks | Stephen H. Willard |
| Robert J. Simmons | C. Cathleen Raffaeli | |
| George A. Hayter | Lewis E. Randall | |
| Daryl Brewster | E*Trade Financial Corporation | |

I certify that I am admitted to practice in this court.

| 1/8/2008 | /s/ Andrew Krause |
|---|---|
| Date | Signature |
| | Andrew E. Krause                        AK 8270 |
| | Print Name                              Bar Number |
| | Davis Polk & Wardwell  450 Lexington Avenue |
| | Address |
| | New York              NY              10017 |
| | City                  State           Zip Code |
| | (212) 450-4330                (212) 450-3330 |
| | Phone Number                  Fax Number |