UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CATHERINE RUBERY, Derivatively On : 
Behalf of E*TRADE FINANCIAL :
CORPORATION, :
: 
          Plaintiff, :
:
vs. :
: Case No. 07-CV-8612 (LBS)
MITCHELL H. CAPLAN, R. JARRETT :
LILIEN, ROBERT J. SIMMONS, GEORGE :
A. HAYTER, DARYL BREWSTER, :
RONALD D. FISHER, MICHAEL K. PARKS, :
C. CATHLEEN RAFFAELI, LEWIS E. :
RANDALL, DONNA L. WEAVER and :
STEPHEN H. WILLARD, :
:
          Defendants, :
:
     -and- :
:
E*TRADE FINANCIAL CORPORATION, a :
Delaware corporation, :
:
          Nominal Defendant. :
———————————————————x

MARILYN CLARK, Derivatively On Behalf :
of E*TRADE FINANCIAL CORPORATION, :
:
          Plaintiff, :
:
vs. :
:
MITCHELL H. CAPLAN, R. JARRETT :
LILIEN, ROBERT J. SIMMONS, GEORGE : Case No. 07-CV-8619 (LBS)
A. HAYTER, DARYL BREWSTER, :
RONALD D. FISHER, MICHAEL K. PARKS, :
C. CATHLEEN RAFFAELI, LEWIS E. :
RANDALL, DONNA L. WEAVER and :
STEPHEN H. WILLARD, :
:
          Defendants, :
:
     -and- :
:
E*TRADE FINANCIAL CORPORATION, a :
Delaware corporation, :
:
          Nominal Defendant. :
———————————————————: x

**NOTICE OF CHANGE OF ADDRESS**

    PLEASE TAKE NOTICE that effective December 21, 2007 the Law Offices of Thomas G. Amon, counsel for Plaintiffs Catherine Rubery and Marilyn Clark, has moved its offices to:

> Law Offices of Thomas G. Amon
> 250 West 57th Street
> Suite 1316
> New York, NY 10107

DATED: January 9, 2008       By: _____
       New York, New York

                                    LAW OFFICES OF THOMAS G. AMON
                                    250 West 57th Street, Suite 1316
                                    New York, NY 10107
                                    Tel: (212) 810-2430

                                    *Attorneys for Plaintiffs Catherine Rubery and Marilyn Clark*

Of Counsel: Harry H. Wise, Esq.

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Change of Address was served upon the following this 9th day of January, 2008:

| | |
|---|---|
| Brian Robbins<br>ROBBINS UMEDA & FINK, LLP<br>610 West Ash Street, Suite 1316<br>San Diego, CA 92101<br>(619) 525-3990<br><br>*Counsel for Plaintiff Catherine Rubery* | Nancy B. Ludmerer<br>DAVIS POLK & WARDWELL<br>450 Lexington Avenue<br>New York, NY 10017<br>(212) 450-4900<br><br>*Counsel for Nominal Defendant E*Trade and Other Defendants* |

_____
Thomas G. Amon (TGA-1515)