UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| CATHERINE RUBERY, Derivatively On Behalf of E*TRADE FINANCIAL CORPORATION, | : : : : | |
| Plaintiff, | : : : | |
| vs. | : : | |
| MITCHELL H. CAPLAN, R. JARRETT LILIEN, ROBERT J. SIMMONS, GEORGE A. HAYTER, DARYL BREWSTER, RONALD D. FISHER, MICHAEL K. PARKS, C. CATHLEEN RAFFAELI, LEWIS E. RANDALL, DONNA L. WEAVER and STEPHEN H. WILLARD, | : : : : : : : | Case No. 07-CV-8612 (LBS) |
| Defendants, | : : | |
| -and- | : : | |
| E*TRADE FINANCIAL CORPORATION, a Delaware corporation, | : : : | |
| Nominal Defendant. | : : x | |
| MARILYN CLARK, Derivatively On Behalf of E*TRADE FINANCIAL CORPORATION, | : : : | |
| Plaintiff, | : : : | |
| vs. | : : | |
| MITCHELL H. CAPLAN, R. JARRETT LILIEN, ROBERT J. SIMMONS, GEORGE A. HAYTER, DARYL BREWSTER, RONALD D. FISHER, MICHAEL K. PARKS, C. CATHLEEN RAFFAELI, LEWIS E. RANDALL, DONNA L. WEAVER and STEPHEN H. WILLARD, | : : : : : : : | Case No. 07-CV-8619 (LBS) |
| Defendants, | : : | |
| -and- | : : | |
| E*TRADE FINANCIAL CORPORATION, a Delaware corporation, | : : : | |
| Nominal Defendant. | : : x | |

**NOTICE OF CHANGE OF ADDRESS**

PLEASE TAKE NOTICE that effective December 21, 2007 the Law Offices of Thomas G. Amon, counsel for Plaintiffs Catherine Rubery and Marilyn Clark, has moved its offices to:

> Law Offices of Thomas G. Amon
> 250 West 57th Street
> Suite 1316
> New York, NY 10107

DATED: January 9, 2008
New York, New York

By: _____

LAW OFFICES OF THOMAS G. AMON
250 West 57th Street, Suite 1316
New York, NY 10107
Tel: (212) 810-2430

*Attorneys for Plaintiffs Catherine Rubery and Marilyn Clark*

Of Counsel: Harry H. Wise, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Change of Address was served upon the following this 9th day of January, 2008:

| | |
|---|---|
| Brian Robbins<br>ROBBINS UMEDA & FINK, LLP<br>610 West Ash Street, Suite 1316<br>San Diego, CA 92101<br>(619) 525-3990<br><br>*Counsel for Plaintiff Catherine Rubery* | Nancy B. Ludmerer<br>DAVIS POLK & WARDWELL<br>450 Lexington Avenue<br>New York, NY 10017<br>(212) 450-4900<br><br>*Counsel for Nominal Defendant E\*Trade and Other Defendants* |

_____
Thomas G. Amon (TGA-1515)